IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEJANDRA ALVARADO , Individually
and as Parent and Next Friend of ANGEL
PORTILLO, and ETHAN PEREZ
ALVARADO                                                                                                    PLAINTIFFS

v.                              Case No. 3:24-cv-00194-KGB

VIP LOGISTICS, LLC, *et al.*                                                                          DEFENDANTS

### ORDER

Before the Court is the parties' joint motion for continuance (Dkt. No. 9). The parties state that there is good cause to continue this action because they have not completed discovery (*Id.*, ¶ 5). Additionally, the parties state that a continuance will further the possibility of settlement (*Id.*, ¶ 6). The parties request that the Court extend all deadlines by at least three months (*Id.* ¶ 7). For good cause shown, the Court grants the parties' joint motion for continuance, and the Court removes the case from the Court's trial calendar for the week of November 12, 2025 (Dkt. No. 7). The Court will set new pretrial deadlines and a new trial date by separate order considering the three month extension of all deadlines requested by the parties.

So ordered this 15th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge