IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEJANDRA ALVARADO, Individually
and as Parent and Next Friend of ANGEL
PORTILLO, and ETHAN PEREZ
ALVARADO                                                                                                    PLAINTIFFS

v.                                    Case No. 3:24-cv-00194-KGB

VIP LOGISTICS, LLC, *et al.*                                                                         DEFENDANTS

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id*.). The action is dismissed with prejudice, with each party to bear their own fees and costs.

So ordered this 30th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge